

# THE ATTORNEY GENERAL
# OF TEXAS
### AUSTIN, TEXAS

Grover Sellers
~~DICKXIMONDEX~~
ATTORNEY GENERAL

Honorable Bert Ford, Administrator
Texas Liquor Control Board
P. O. Box 56
Austin, Texas

Dear Sir:

Opinion No. O-5892
Re: Legality of "BEER-ALE"
label on malt beverage
containing less than
4% of alcohol by weight
under Texas Liquor Con-
trol Act.

It appears from your request that the Texas Liquor
Control Board, under its governing Act, has refused to ap-
prove for use in Texas, a label, the material portions of
which are as follows:

"— — — — — — — — — — — — — — — —

### A R F  &  A R F

### BEER-ALE

— — — — — — — — — — — — — — — —

Important — Arf & Arf is a
scientific blend of Beer and
Ale brewed from the Choicest
Materials "

We note that you had before you, information that the pro-
duct bearing this label is a malt beverage containing more
than one-half of 1% of alcohol by volume and 4% or less of
alcohol by weight. You have asked our opinion concerning
the legality of this label under the Texas Liquor Control
Act.

Article II, Section 1 (b) of The Texas Liquor Con-
trol Act, provides as follows:

"The term 'beer' means a malt beverage
containing one-half of 1% or more of alcohol
by volume and not more than 4% of alcohol by
weight, and shall not be inclusive of any
beverage designated by label or otherwise by
any other name than beer." (Emphasis ours)

Article II, Section 2, reads in part as follows:

Hon. Bert Ford, page 2

". . . It shall be unlawful to manufac-
ture, sell, barter, or exchange within this
State any beverage containing alcohol in ex-
cess of one-half of one percent by volume and
not more than four (4) per cent of alcohol by
weight except beer."

According to the last quoted provision, it is clear
that "beer" as defined in the Act is the only beverage fall-
ing within the alcohol bracket set forth therein which may
be legally sold in Texas.

In our opinion the labeled product inquired about
does not fall within the statutory definition of beer and
cannot be legally sold in Texas under the given label be-
cause the definition of beer, (Section 1(b), supra), speci-
fically excludes a "beverage designated by label or other-
wise by any other name than beer."

We sincerely hope that our views may prove helpful
to you in this connection.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By /s/ Eugene Alvis
Assistant

EA:db:jrb

APPROVED NOV. 13, 1944
/s/ Carlos C. Ashley
FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED OPINION COMMITTEE
BY BWB, Chairman